# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

| | |
|---|---|
| JOHN DOE CS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:07cv0468 TCM |
| ) | |
| THE CAPUCHIN FRANCISCAN ) | |
| FRIARS, d/b/a The Capuchin ) | |
| Franciscan Friars Province of ) | |
| Mid-America, St. Patrick Friary, ) | |
| ) | |
| Defendant. ) | |

## ORDER

The Court having been advised that this action has been settled,

**IT IS HEREBY ORDERED** that the case is removed from the trial docket beginning **January 26, 2009**.

**IT IS FURTHER ORDERED** that counsel shall file, within thirty (30) days of the date of this Order, a stipulation for dismissal, a motion for leave to voluntarily dismiss the case, or a consented judgment. **Failure to timely comply with this Order may result in the dismissal of this action with prejudice**.

/s/ Thomas C. Mummert, III
THOMAS C. MUMMERT, III
UNITED STATES MAGISTRATE JUDGE

Dated this 7th day of April, 2008.